COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Alice Marie Gandy, et al. v. Robert Williamson, Estate of Jimmy Glenn Williamson, Deceased, Jimmy Williamson, P.C., Williamson & Rusnak, Cyndi Rusnak, and Cyndi Rusnak, PLLC |
| Appellate case number: | 01-19-00335-CV |
| Trial court case number: | 459,062-401 |
| Trial court: | Probate Court No. 2 of Harris County |

and

| | |
|---|---|
| Appellate case name: | Dezzie Brumfield d/b/a LAD Enterprises, et al. v. Jimmy Williamson, Jimmy Williamson, PC, Williamson & Rusnak, Cyndi Rusnak, Cyndi Rusnak, PLLC, and Law Offices of Michael Pohl |
| Appellate case number: | 01-19-00336-CV |
| Trial court case number: | 2017-38294 |
| Trial court: | 189th District Court of Harris County |

Appellants in each appeal have filed an unopposed motion to consolidate the appeals and establish a consolidated briefing schedule. Although the issues in the two appeal may be "the same or very similar," the appeals arise from different trial court proceedings and will have different appellate records. And, the appellate record in No. 01-19-00336-CV is not complete, making appellants' brief not yet due. *See* TEX. R. APP. P. 34.1, 38.6(a). Accordingly, the motions to consolidate are **denied**.

Appellants' brief in No. 01-19-00335-CV currently is due on August 22, 2019. We extend the time for filing the appellants' brief to September 23, 2019. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss

☑ Acting individually ☐ Acting for the Court

Date: ___August 20, 2019___